

FILED
GREAT FALLS DIV.

2011 JUN 28 PM 3 32

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

JOSHUA HEATH,

        Plaintiff,

vs.

CROSSROADS CORRECTIONS
CENTER and CORRECTIONS
CORPORATION OF AMERICA,

        Defendants.

No. CV-11-34-GF-SEH

**ORDER**

On June 6, 2011, United States Magistrate Judge Keith Strong entered

Findings and Recommendations[1] in this matter. Plaintiff did not file objections.

No review is required of proposed findings and recommendations to which no

objection is made. Thomas v. Arn, 474 U.S. 140, 149-52 (1986). However, this

---

[1] Document No. 4

Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Complaint[2] is DISMISSED for failure to state a claim upon which relief may be granted. The Clerk is directed to close this matter and enter judgment in favor of Defendants.

2. The docket shall reflect that this dismissal counts as one strike under 28 U.S.C. § 1915(g) based upon Mr. Heath's failure to state a claim upon which relief may be granted.

3. Any appeal from this disposition will not be taken in good faith because Mr. Heath's failure to state a claim is so clear that no reasonable person could suppose an appeal would have merit. See Fed. R. App. P. 24(a)(3)(A).

DATED this __28th__ day of June, 2011.

SAM E. HADDON
United States District Judge

---

[2] Document No. 2